# Court of Appeals
# of the State of Georgia

ATLANTA,___May 16, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1251.  THE STATE v. DENNIS PATRICK MONDAY.**

The State obtained a warrant for the arrest of Dennis Patrick Monday based upon his failure to register as a sex offender.  Monday moved to dismiss the warrant on the basis that he had been issued a pardon.  The trial court entered an order dismissing the warrant, and the State filed this appeal. Monday filed a motion to dismiss the appeal, arguing that such an appeal is not permitted under OCGA § 5-7-1.

The Supreme Court has made clear that "[t]he State does not have a right of appeal in criminal cases, except as provided by OCGA § 5-7-1." *Glenn v. State*, 271 Ga. 604 (1) (523 SE2d 13) (1999).  And we are required to construe this statute strictly against the State.  See id. OCGA § 5-7-1 (a) (1) permits the State to file a direct appeal "[f]rom an order . . . setting aside or dismissing any indictment, accusation, or a petition alleging that a child has committed a delinquent act[.]" Strict construction of this language does not permit us to extend a direct appeal to orders dismissing a warrant. Accordingly, Monday's motion is hereby GRANTED, and this appeal is DISMISSED. See *State v. Glover*, 281 Ga. 633 (641 SE2d 543) (2007).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/16/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*